## 27283.   DAVIS *v.* THE STATE.

MacINTYRE, J.   It is error to refuse a new trial on an indictment containing two counts, the first charging that the defendant did carry a pistol concealed, and the second that he carried a pistol without a license, both charges growing out of the same transaction where, upon the trial, the evidence authorizes a conviction on the second count only and the verdict is a general verdict of guilty.   *Moore* v. *State,* 50 *Ga. App.* 39 (176 S. E. 899); *Simmons* v. *State,* 162 *Ga.* 316 (134 S. E. 54); *Tooke* v. *State,* 4 *Ga. App.* 495 (61 S. E. 917); *Innes* v. *State,* 19 *Ga. App.* 271 (91 S. E. 339).

> *Judgment reversed.   Broyles, C. J., and Guerry, J., concur.*
> DECIDED JANUARY 18, 1939.

*Gordon B. Gann, H. B. Moss,* for plaintiff in error.
*H. G. Vandiviere, solicitor-general,* contra.